Nov. Term,
1839.

YOST
v.
DITCH.

---

## YOST *v.* DITCH.

In an action for an assault and battery, evidence offered by the plaintiff that he complained of the injury, recently after it was received, is admissible.

Tuesday,
November 19.

APPEAL from the *Henry* Circuit Court.

BLACKFORD, J.—*Ditch* sued *Yost* in an action for an assault and battery. Plea, not guilty. Verdict and judgment for the plaintiff.

The only question in this cause arises out of the following testimony of one of the witnesses, viz. "I saw the place the

next day where the plaintiff had been beaten. The ground was trodden up. Blood on the brush and ground. Defendant said he had now paid for the apples *Ditch* had got from him. Saw *Ditch* the same day, and heard him complain that his arm was sore. Saw his hand that day hung up by a handkerchief as a sling. Saw *Ditch* the day after he was hurt." This testimony was objected to by the defendant, but was admitted.

The objection made to the judgment is, that the plaintiff's statement to the witness of the soreness of his arm was inadmissible evidence. We think this testimony was correctly admitted. The complaint was made so recently after the act of violence committed, as to render the proof of it admissible. The cases on the subject, and which fully support this opinion, are collected in Roscoe's Crim. Ev. p. 21.

*Per Curiam.*—The judgment is affirmed, with 5 *per cent.* damages and costs.

*C. B. Smith* and *J. S. Newman*, for the appellant.

*J. B. Ray*, for the appellee.